2-17-04

José A. Pagán Burgos     No- Case 97-247(SEC)
# de Confinado 16105-069

Sr. Clerk

Le solicito los transcritos la fecha 07/02/1999 de Luis Torres Rodríguez ya que estoy en proceso de una nueva apelación y soy una persona indijente y no tengo con que pagar el costo. Necesito su ayuda.

Los transcritos de la sentencia.
gracias.

ATT José A. Pagán Burgos
José A. Pagán Burgos
# 16105-069

Jose A Pagan
#16105 069    Unit C/3
Federal Correctional
Complex Low
PO Box 1031
Coleman FL 33521-1031