4-24-05

Clerk's Officer:

José A. Pagán Burgos     No. Case 97-247(SEC)
Defendant No. 001

1- Estoy solicitando los Transcritos de mi codifender Luis Torres Rodriguez (Defendant No. 002) de la Sentencia con fecha 7/2/99.

2- Recibí su carta que me pide $17.00 dólarez la cual no tengo dinero.

3- Por favor soy una persona baja en recursos economicos le solicito de favor esta documentacion.

4- Hazquí le envio copia de su carta

ATT. José A. Pagán Burgos
José A. Pagán Burgos
Coordialmente