UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
             v.                      **Criminal No. 97-247(SEC)**
JOSE A. PAGAN BURGOS
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #202** <br> **Pro-se Motion** | **DENIED.** Petitioner is not entitled to the relief he requests. |

DATE:  May 9, 2005

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge