August 3, 2005

Dear: Clerk's MC. Dougall

Le Solicito en tercera ocasión los Transcritos de la Sentencia de mi Codifender (Luis Torres Rodriguez) No. Case 97-247(SEC) 2

Usted me havia Dicho que tenia que Pagar la Cantidad de $17.50 Pero yo no tengo dinero Soy indigente le Solicito la Forma de indigente. Nesecito estos Transcritos ya que estoy en otra Apelación y me hacen Falta para terminar mi Apelación.

Le Pido que cuando envié los Transcritos Verifique si estoy en la (Low) o puede que este en la (Midium) es todo lo mismo ya que estoy en espera de Transfer Para la (Midium) de Coleman

José A. Pagon Burgos
97-247 (SEC) 1
X José A. Pagon Burgos
#16105-069 Confinado Numero

gracias