# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.

JOSÉ A. PAGAN BURGOS
Defendant.

No. CASE 97-247 (SEC)

### MOCION PRO-SE

Solicitando cambio de Juridicion para El Gobierno de Puerto Rico por los cargos 1,2,3.

En este caso se me da dismissed en los tres cargos en el Gobierno de Puerto Rico por la razon. Que el Gobierno Federal indica que hubo una interferencia con intension a violencia con el comersio intelestatal y por esta razon el caso me lo someten bajo el foro Federal.

Pagina
1-

EN EL DIA 07/02/1999 A MI CODIFENDER LUIS TORRES RODRIGEZ SE LE DA DISMISSED POR EL CARGO (1,) QUE EN ESTE CARGO SE NOS ACUSA DEL COMERSIO INTEIESTATAL Y A BASE DE ESTE CARGO NOS SOMETEN ESTE CASO JURIDICION FEDERAL.

YO SOLICITO QUE SE ME DE DISMISSED TAMBIEN DE ESTE CARGO Y ESTE CASO SEA DEUUELTO AL GOBIERNO DE PUERTO RICO Y SE ME JUZGUE POR EL DELITO ALLA COMO CORESPONDE.

CARGOS 1,2,3.

SOMETIDO HOY 8/21/2005 EN COLEMAN LOW FLORIDA.
CONSTA DE 2 PAGINAS.

RESPETUOSAMENTE.

JOSE A. PAGAN BURGOS
*José A. Pagón Burgos*
#16105-069
FEDERAL Correctional Complex Low
PO. BOX 1031
COLEMAN, FL. 33521-1031

PAGINA 2-

TAMPA FL 335
22 AUG 05 PM 2 L

José A. Pagán Burgos #16105-069
Federal Correctional Complex(Low)
Po.Box.1031
Coleman FL. 33521-1031

Juez. Salvador E. Casellas
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

00918+1333