RECEIVED & FILED
05 OCT -3 PM 4:19

9-29-05

To: Clerk's Officer
From: José A. Pagán Burgos #16105-069

No. case. 97-247(SEC)1

La Presente Primero Que Nada Espero Que este Pasando un Perfecto Dia at igual De salud.
Le Solicito los Transcritos de Sentencia de Mi codifender Luis Torres Rodriguez No. Case 97-247(SEC)2
Y El Dia de la Sentencia Fue 7/2/99
Y con Numero de Confinado #16107-069

Yo. SR. Clerk's Officer le Solicito Este Documento Publico, Pero No Tengo Dinero Para Pagarlo Soy Indijente
Lo Necesito lo Mas Pronto Posible
gracias.

José A. Pagán Burgos #16105-069
FCC. Medium
PO Box 1032
Coleman, Florida 33521-1032

José A. Pagán Burgos