UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

        v.                        Criminal No. 97-247(SEC)

JOSE A. PAGAN BURGOS
    Defendant

O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 208** **Defendant's *Pro Se* Motion Requesting Free Copy of Transcripts of Co-Defendant's Sentencing Hearing** | **DENIED AND REFERRED.** Defendant filed a *pro se* motion requesting a free copy of the transcript of Co-defendant Luis Torres-Rodríguez's sentencing hearing. The Court hereby **DENIES** petitioner's request for a free copy of the transcript and **REFERS** this motion to the Clerk of the Court for proper billing. |

DATE: December 15, 2005

                                                  S/ *Salvador E. Casellas*
                                                  SALVADOR E. CASELLAS
                                                  U.S. Senior District Judge