IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
Plaintiff,

V.

Jose A. Pagan Burgos
Defendant,

NO. Case 97-247 (SEC)

MOCION PRO -SE SOLICITANDO ASIGNACION DE ABOGADO.

Al Honorable Juez Salvador E. Casellas Juez Federal del Distrito de Puerto Rico.

El acusado muy respetuosamente se dirige a esta corte, con el fin de solicitarle Que, asigne un abogado para mis problemas de salud.

1- No tengo solvencia economica para costear un abogado privado.

2- En Octubre 26, del 2001, fui sentenciado a 13 años, y en una de las recomendaciones Que usted le solicita al BOP. es Que se me de tratamiento medico dental, y se me opere de varios kistes de grasa en la barriga la cual e agotado todos los recursos administrativos y no me operan, ni me atienden.

3- Despues de mi sentencia usted envio un dirigene, a MDC. Guaynabo para que me vieran y ust ordeno al Galeno Miro Que havia Que operarme pero me trasladaron a las prisiones de Coleman, la cual no me Quieren dar tratamiento adecuado.

4- La preocupacion mia es Que ya estan muy desrrollados y lleguen a tumores cancerosos.

5- Por esto pido un abogado para mi salud.

Gracias Nuestro Honor.

Jose A. Pagán Burgos   7-16-06
Jose. Pagan Burgos
#16165-069

F.C.C. Coleman
P.O. BOX 1032
Coleman, Florida 33521-1032

FROM: JOSÉ A. PAGÁN #16165-069
F.C.C. (MEDIUM)
P.O. BOX 1032
COLEMAN, FL. 33521-1032

TAMPA FL 335
17 JUL 06 PM 2 T

To: HON. SALVADOR E. CASELLAS
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767

"LEGAL MAIL"