Nov/26/07

Clerk's Officer    97-247 (SEC)
                   CASE Number

Le solicito que me pueda enviar el docket sheet (gratis) ya que soy indigente y no tengo como pagarlo. Estaría muy agradecido de su ayuda.

José A. Pagán Burgos
José A. Pagán Burgos
#16105-069

gracias