

JACKSONVILLE FL 322
27 NOV 2007 PM 3 L

TO: Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

Jose A. Pagan #16105-069 Med (SHU)
Federal Correctional Institutional
2680 Highway 301 - South
Jesup, Georgia 31599