To: Clerk's Office

Dec 11 07

Yo José A. Pagán Burgos # de Confinado 16105-069
y con Numero de Caso 97-247(1)
Le Solicito los Transcritos de la sentencia,
del Dia 07/02/1999 de mi Codifender Luis Torres
Rodriguez 97-247(2): Se los estoy solicitando
en Forma Indigente porque en realidad soy
pobre y No Tengo Ayuda economica. Llevo mas
de 10 Años Confinado y e perdido casi toda mi
Familia. Por Favor De No ser a probado como lo
que soy un pobre Indigente, Digame Cuanto
es el costo de los Transcritos, Para Haber
Quien se apiada de mi y me los podria pagar.

gracias por su Atencion y Espero su Ayuda.
Dios me los Bendiga.

José A. Pagán Burgos
José A. Pagán Burgos
# 16105-069
Case No. 97-247(1) (SEC)