José A. Pagán #16105-069 med(SHU)
Federal Correctional Institutional
2680 Highway 301. South
Jesup, Georgia 31599

JACKSONVILLE FL 322
12 DEC 2007 PM 5 L

TO: Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767