# UNITED STATES DISTRICT COURT
# OF DISTRICT OF PUERTO RICO

USA Plaintiff;

V.

JOSE A. PAGAN Defendant.

NO. CASE 97-247 (SEC)

## MOCION PRO-SE

Vuestro Honor. Me dirijo a esta Corte con el fin de que usted me pueda ayudar en mi situación medica, la cual vengo quejandome desde 10/26/01 que fue el dia de mi sentencia y en este dia usted recomendo al B.O.P. que fuera atendido de mi operacion de Hernia, como mis kistes de grasa en el abdomen y de Tratamiento Dental.

1- Vuestro Honor. Yo me encuentro en el Estado de Georgia en un Hueco, ya que no me quieren en las prisiones medium, por mi cooperacion en mi caso LAS GANGAS NETAS de P.R. Mi fecha de salida es para Marzo del 2009. Con el buen comportamiento. Señor Juez este es mi primer delito, y yo no le hecho daño a nadie en mi vida. Si acepte que cometi un error y un delito el cual e estado cumpliendo desde 1997.

2- El sistema B.O.P., Ellos dicen que solo usted pone la sentencia y solo usted la quita. Pero ellos dicen que nada de lo que usted recomienda tiene valides. Vuestro Honor. Yo llevo años sufriendo de mis condiciones, la cual cada dia empeoro y nadie del B.O.P. me escucha.

PAGE 2-

3- Vuestro Honor. Yo soy padre de dos hijos menores y tengo a mis padres muy enfermos tambien y no los veo por mas de 6 años.

4- Vuestro Honor. No habria manera de usted poder referirse a la Region en Texas para que yo fuera transferido para M.D.C. Guaynabo, P.R. para que me puedan tratar de mis condiciones medicas alla. Y a la vez terminar mi tiempo en P.R. Ya que tengo Custodia (Low).

5- Vuestro Honor. De no poder ayudarme de esta manera. Le solicito a esta corte un perdon por mis hechos pasados cometidos. Y podria usted reducirme el corto tiempo que me resta, aunque me subiera la probatoria del tiempo adeudado, para yo poder ser atendido con los medicos de la calle.

6- Usted mismo podria enviarme un medico a evaluarme, no aguanto mas este sufrimiento por favor ayudeme.

Queda en sus manos Vuestro Honor.

Sometida hoy Enero 7, del 2008 en el Estado de Georgia.

José A. Pagán Burgos
José A. Pagán Burgos
Respectfully