Joe' A. Pagan # 16105-069 Med(SHu)
Federal Correctional Institution of
2680 Highway 301. South
Jesup, Georgia 31599

JACKSONVILLE FL 322
14 JAN 2008 PM 4 L

Juez Salvador E. Casellas
To: United States District Court
Room 150 Federal BLDG.
San Juan, P.R. 00918-1767