IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2008 JUN -6 AM 9:55

| | |
|---|---|
| UNITED STATES OF AMERICA<br>plaintiff,<br><br>V.<br><br>JOSE A. PAGAN BURGOS<br>Defendant. | CASE NO. 97-247(SEC)<br><br>1-<br><br>Consta de dos paginas |

MOCION PRO-SE

Me dirijo a esta corte con el proposito de solicitarles vuestro Honor
que le permita una orden al oficial probatoria que me pueda enviar una
copia de dicho documento especificado a continuacion.


1- En Julio 30, 1996 me busque un caso en la corte del Estado en Carolina
   Puerto Rico, por violacion de articulo 404B.
2- El numero del caso es FSC96G0290
3- Este caso fue desastimado y desonerado y se mando a romper fotos y
huellas por el Juez Daniel Ramirez Ramirez, para la fecha del 2001.
4- En el 2001 en este mismo dia de la desastimacion de este caso el
Juez envio que se le enviara una copia al oficial de probatoria Federal
A Samuel Feliciano Para que se me jusgara como primer ofensor en la Federal.
5- La razon por la cual nesecito una copia es porque la manejadora de mi
caso en la prision piensa que yo todavia tengo este caso pendiente con el
Estado en Puerto Rico y me solicita esta carta para poder darme la media
casa ya que el P.S.I. no fue arreglado referente a esta resolucion de este
caso que fue desastimado.
6- Le agradesco su ayuda Vuestro Honor y espero poder recibir una copia
de esta carta.


Respetuosamente sometida, Hoy dia 30 de Mayo del 2008 desde Louisiana U.S.A.

-2-

*Jose A. Pagan Burgos*
JOSE A. PAGAN BURGOS
#16105-069
FEDERAL CORRECTIONAL INSTITUTIONAL
PO.BOX 5000
Oakdale, Louisiana 71463