JOSE A. PAGAN BURGOS
#16105-069
FEDERAL CORRECTIONAL INSTITUTIONAL
PO.BOX 5000
Oakdale, Louisiana  71463

ALEXANDRIA LA 713

02 JUN 2008 PM 2 T



To: Probation Officer
    UNITED STATES DISTRICT COURT
    FEDERAL OFFICE BUILDING
    150 AVE CARLOS CHARDON ROOM 400
    SAN JUAN, P.R. 00918-1741

00918+1701

